May 10, 2015

John R. Soard
38 Delsie Street
Clarksville, AR 72830
(479) 739-5512



FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 14 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Cathy S. Lusk, Clerk
Katrina McClenny, Deputy Clerk
Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, Texas    75702

RE:    Case Number:        12-14-00211-CV

Trial Court Case Number:        3-42003;    Per Judge Joe Clayton's Order on 1/9/2014;
                                Case Nos. 3-XXXXX were rolled into this one number

Style:  John R. Soard
        V.
        Terry R. Thorn, Sheila Smith, Mary Page plus other defendants in the above Cases

Ms. Cathy S. Lusk
Twelfth Court of Appeals:

    No effort appears to have been made for about half the records that I requested in my **DESIGNATION OF RECORDS**, (Clerk's Record pg. 29) Filed February 18, 2014)

    No mention has been made concerning my appeal of the summary judgment for the dismissal of B. Jeffery Doran for accepting a bribe, changing Circuit records and extortion of property by allowing John R. Soard only $37.00 per month for all his separate living expenses.

    No mention has been made for the appeal of the consolidation of all cases with no reason being given. (PG 28, Clerk's record)

    In your letter dated January 8, 2015, you allowed me only 10 days to provide specific items under the provisions of *Requests for additional Items;* how can this be when all the items requested were identified in my identification of records filed on February 18, 2014, almost 15 months ago?    In this designation of records the reason was given; the judge ordered, with no known reason, that all cases be consolidated. In addition, this judge refused to put the parties in any hearing under oath thus giving all lawyers permission to lie at will and not commit perjury.

Although you gave the Court Reporter, 30 days to respond, I have received nothing from Misty McAdams

The 12th Court of Appeals has already refused to allow to me supplement the Reporter's Record. It is imperative that I use these records to file a brief.

I believe you furnished the attorney for Terry Thorn copies of records from your files. If you will afford me the same privilege, please call or write the cost for both volumes of the reporter's record filed by reporter McAdams on 11/24/14.

A notice on the Anderson County Clerk's Bulletin Board states, **"IT IS A CRIME TO INTENTALLY OR KNOWLINGLY FILE A FRAUDENT INSTRUMENT WITH THE DISTRICT CLERK.**

No one in the Clerk's Office has been able to tell me who I should report this crime to. If you can identify the enforcing authority, please do or you need additional information from me please call (4790 739-5512.

Very truly yours,

John R. Soard

CC:     Ms. Janice Staples
        Anderson County Circuit Clerk
        500 N. Church Street, Room 18
        Palestine, TX 75801

        Ms. Misty McAdams
        Official Court Reporter
        2100 F.M. 1817
        Elkhart, Texas 75839